**KRENTSEL GUZMAN HERBERT,** LLP
ATTORNEYS AT LAW

NEW YORK
17 Battery Place
6th Floor
New York, NY 10004

LONG ISLAND
175 East Shore Road,
Great Neck, NY 11023

T: 212.227.2900
F: 212.227.3881
www.kglawteam.com

December 12, 2019

*Via ECF*
Hon. ~~Judith C. McCarthy~~
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re:      **Deborah Nifosi vs. Pet Goods**

Docket No.:   7:19-cv-05910-NSR

Dear ~~Justice McCarthy~~ Judge Román:

Our office represents the plaintiff in the above-referenced matter. <u>We are hereby requesting permission of the Court to move for default judgment</u> over the defendant, who has to date not answered the above-referenced complaint.

Your attention to this matter is appreciated.

Kind Regards,

KRENTSEL GUZMAN HERBERT, LLP

Kurt Robertson, Esq.

Application denied. Counsel is directed to Judge Roman's Individual Practices, Attachment A (seeking Default Judgment by Order to Show Cause). The Court notes that proof of service of the Summons & Compl. upon Defendant hasn't been filed. Clerk of the Court requested to terminate the motion (doc. 7).

Dated: Dec. 12, 2019

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE